UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA R. AUNE,

    Plaintiff,

v.                                Case No: 8:22-cv-954-JSM-TGW

NIDIA ALMONTE-SANCHEZ and
U.S. DEPARTMENT OF HOMELAND
SECURITY d/b/a DHS/ICE/ERO,

    Defendants.
_____

## ORDER

Before the Court is Defendants' Unopposed Amended Motion to Dismiss (Dkt. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Amended Motion to Dismiss (Dkt. 11) is GRANTED.

2. This case is dismissed without prejudice for lack of subject matter jurisdiction for the reasons stated in the unopposed motion.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of May, 2022.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record